**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Surat Singh**, | Case No. SACV 17-01178 AG (JCGx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **Bank of New York Mellon, et al.**, | |
| Defendants. | |

The Court enters judgment for Defendants and against Plaintiff.

Dated November 17, 2017

                                        Hon. Andrew J. Guilford
                                        United States District Judge